953 F.2d 1179w
 NATIVE VILLAGE OF TYONEK, Plaintiff-Appellee,
v.
Donald PUCKETT, and Erna Puckett; Fred Slawson, and
Virginia Slawson, Defendants-Appellants.
NATIVE VILLAGE OF TYONEK, Plaintiff-Appellant,
v.
Donald PUCKETT; Erna Puckett; Alexandra Kaloa; Esther
Kaloa; Fred Slawson; Virginia Slawson; Alec
Constantine; Olga Constantine,
Defendants-Appellees.
NATIVE VILLAGE OF TYONEK, Plaintiff-Appellee,
v.
Donald PUCKETT, and Erna Puckett; Fred Slawson, and
Virginia Slawson, Defendants,
and
Alexandra Kaloa; Esther Kaloa; Alec Constantine; Olga
Constantine, Defendants-Appellants.
 Nos. 87-3569, 87-3587 and 87-3588.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 13, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 957 F.2d 631.